UNITED STATES DISTRICT COURT

IN THE FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. 11-cv-15126-GCS-LJM |
| Plaintiff, | Honorable George Caram Steeh |
| vs. | |
| ZAG GROUP, INC., a Michigan Corporation, d/b/a BISTRO BAR & GRILLE, JOSEPH T. GOYCHAY, individually, Jointly and Severally, | |
| Defendants. | |

## ORDER OF DEFAULT JUDGMENT

IT IS ORDERED that a Default Judgment is entered against Defendants Zag Group, Inc. d/b/a Bistro Bar & Grille, and Joseph T. Goychay, jointly and severally, in favor of the Plaintiff.

IT IS FURTHER ORDERED that a Default Judgment be entered against Defendants Joseph T. Goychay, individually, Zag Group, Inc., d/b/a Bistro Bar & Grille, jointly and severally, and in favor of Plaintiff, Joe Hand Promotions for the amount of $8,500.00, allocated as follows:

a. $7,500 for the Violation of Title 47 U.S.C. 605(e)(3)(B)(iii) and (e)(3)(C)(i)(II);

b. Attorneys fees and costs in the amounts of $1,000.00;

c. A total award in the amount of $8,500.00.

IT IS SO ORDERED.

                s/George Caram Steeh
                United States District Judge

Dated: May 31, 2012